## 28058. ZAUN v. NOBLES.

Jordan, Justice. Upon further consideration of this case we have determined that the writ of certiorari was improvidently granted, and accordingly the case is dismissed.

*Application dismissed. All the Justices concur.*

Argued November 13, 1973 — Decided December 3, 1973.

· *Edward Parrish,* for appellant.
*Young, Young & Ellerbee, O. Wayne Ellerbee,* for appellee.